# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2013

## NO. 03-13-00591-CV

### Mary Riemann and Teresa Ringbom, Appellants

### v.

### Norman John Weaner, II, and Dora Weaner, Appellees

**APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN**

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.